UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK DEWAYNE BRITT,<br><br>    Petitioner,<br><br>  v.<br><br>A. P. KANE,<br><br>    Respondent.<br>_____ / | No. C 06-2287 MHP (pr)<br><br>**ORDER FOR BRIEFING ON MOTION TO EXPAND RECORD** |

    Petitioner filed a document entitled "Judicial Notice, Motion For 1.94 Rule 7. Expansion of Record."  He used the wrong case number on the motion, although it did reach the case file for this action.  However, because petitioner used the wrong case number and sent the service copy addressed to the "State Attorney General," without specifying the individual Deputy Attorney General (i.e., Amber Wipfler) assigned to represent respondent in this action, it is unclear whether the service copy reached the right person.  Accordingly, the court will have another copy sent to respondent's counsel and set a briefing schedule.

    The clerk will send a copy of the motion (docket # 9) to counsel for respondent.

    Respondent must file and serve an opposition or statement of non-opposition to the motion to expand the record no later than **October 24, 2008**.  Petitioner must file and serve a reply brief (if any) no later than **November 10, 2008.**

    IT IS SO ORDERED.

DATED: October 1, 2008

                                                                       Marilyn Hall Patel<br>
                                                                       United States District Judge

**United States District Court**
For the Northern District of California