UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


JACK DEWAYNE BRITT,

             Plaintiff,

  v.

A.P. KANE et al,

             Defendant.

_____/

Case Number: CV06-02287 MHP
CV 07-01121 MHP

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 17, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Jack Dewayne Britt C-58460
Avenal State Prison
P.O. Box 900
Soledad, CA 93204


Dated: March 17, 2010

                              Richard W. Wieking, Clerk
                              By: Anthony Bowser, Deputy Clerk