UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACK DEWAYNE BRITT,　　　　　　　　　　　No. C 06-2287 MHP (pr)

　　　　　Petitioner,　　　　　　　　　　　　**JUDGMENT**

　　v.

A.P. KANE, warden,

　　　　　Respondent.
　　　　　　　　　　　　　　　　　　　　/

　　The petition for writ of habeas corpus is denied on the merits.

　　IT IS SO ORDERED AND ADJUDGED.

DATED: March 16, 2010

　　　　　　　　　　　　　　　　　　　　　Marilyn Hall Patel
　　　　　　　　　　　　　　　　　　　　　United States District Judge